UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD B. DYE,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**MEDICAL BOARD OF CALIFORNIA,** *et al.*<br><br>　　　　**Defendants.** | Case No. 17-cv-04370-YGR<br><br>**ORDER REJECTING FILING AND DENYING ALL OTHER REQUESTS AS MOOT**<br><br>Dkt. Nos: 3 and 6. |

On August 2, 2017, Richard B. Dye, M.D., proceeding *pro se*, filed a complaint against the Medical Board of California, *et al*. (Dkt. No. 1, Complaint.) On August 10, 2017, the Court found the Complaint was related to *Dye v. Medical Board of California*, 16-cv-03942-YGR (*Dye I*). (Dkt. No. 7.) *Dye I* was dismissed with prejudice on September 28, 2016. (*Dye I* at Dkt. No. 16.) Dye attempted to file an "amended complaint" on July 17, 2017, (*id*. at Dkt. No. 18), which this Court rejected (*id*. at Dkt. No. 25).

The Court finds that the instant Complaint arises from the same conduct, alleges the same claims, and is brought against the same defendants as *Dye I*. Accordingly, the Court **REJECTS** plaintiff's Complaint and all other filings (Dkt. Nos. 3, 6) as this case was dismissed with prejudice on September 28, 2016 and again on July 25, 2017. Leave to amend was not granted. All others requests are **DENIED** as moot. The Court advises plaintiff that he cannot effectuate a runaround of this Court's prior dismissal with prejudice merely by filing a "new" case which alleges the same violations against the same defendants.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 14, 2017

　　　　　　　　　　　　　　　　　　　　　　_____
**Hon. Yvonne Gonzalez Rogers
United States District Court Judge**